COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Charles Ronald  Wade v. Harris County, et al

Appellate case number:   01-15-00155-CV

Trial court case number: 2011-69056

Trial court:                      295th District Court of Harris County

Appellant Charles Ronald Wade's motion to extend time to file a reply brief in the above cause is GRANTED in part, time extended to and including March 28, 2016. No further extensions will be granted absent exceptional circumstances.

Appellant Charles Ronald Wade's additional request for the appointment of counsel is DENIED. Appellant is not entitled to appointed counsel in this case. *See Gibson v. Tolbert*, 102 S.W.3d 710, 712–13 (Tex. 2003); *Mustapha v. HSBC Bank USA, N.A.*, No. 14-11-00112-CV, 2012 WL 273897, at *1 (Tex. App.—Houston [14th Dist.] Jan. 31, 2012, pet. denied) (per curiam) (mem. op.); *Coulson v. Estate of Coulson*, No. 01-97-00550-CV, 2000 WL 1478533, at *4–5 (Tex. App.—Houston [1st Dist.] Oct. 5, 2000, pet. denied) (not designated for publication).

It is so ORDERED.

Judge's signature:/s/ Harvey Brown
                              **X** Acting individually     ☐  Acting for the Court

Date:  March 15, 2016